UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
BARBARA VENTERS, INDIVIDUALLY,
AND AS GUARDIAN AND NATURAL
MOTHER FOR MICHAEL VENTERS
AND LAUREN VENTERS,
                Plaintiffs,                07 Civ. 7270 (WCC)

      v.                                      DEFENDANT EF INSTITUTE FOR
                                               CULTURAL EXCHANGE, INC.'S
LOUIS PUBLIC COMPANY LIMITED      RULE 7.1 DISCLOSURE STATEMENT
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
                Defendants.
------------------------------------------------------X

        Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant, EF Institute for Cultural Exchange, Inc. ("EF"), in the above-captioned action, certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of the stock of EF.

Dated: New York, New York
         November 9, 2007

                                      PADUANO & WEINTRAUB, LLP

                              By: _____
                                  Jordan D. Becker, Esquire
                                  1251 Avenue of the Americas
                                  Ninth Floor
                                  New York, New York 10020
                                  (212) 785-9100

                                  Attorneys for Defendant,
                                  EF Institute for Cultural Exchange, Inc.
                                  d/b/a EF Educational Tours

- 2 -

Of Counsel:

Jeffrey P. Allen, Esquire
Susan Donaldson Novins, Esquire
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
20 William Street, Suite 130
Wellesley, MA   02481
(781) 237-4400

327060.1.439701.8000